IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN BLAZKA, )<br>)<br>Defendant. ) | 8:04CR260<br><br>ORDER |

This matter is before the court on the Motion for Release from Supervised Release by the defendant (Filing No. 55). Following a hearing on this matter, the motion will be granted.

**IT IS ORDERED:**

The defendant's Motion for Release from Supervised Release (Filing No. 55) is granted. Defendant's supervised release shall terminate on February 14, 2008.

DATED this 19th day of December, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE